**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 11-6637**

————————

DAVE ANDRAE TAYLOR,

            Plaintiff – Appellant,

        v.

CITY OF FARMVILLE; FARMVILLE POLICE DEPARTMENT; FARMVILLE
SHERIFF DEPARTMENT; STATE OF VIRGINIA; PRINCE EDWARD
COUNTY; OFFICE OF THE COMMONWEALTH ATTORNEY,

            Defendants - Appellees.

————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony J. Trenga,
District Judge. (1:09-cv-00963-AJT-IDD)

————————

Submitted:  September 22, 2011      Decided:  October 4, 2011

————————

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Dave Andrae Taylor, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dave Andrae Taylor appeals the district court's order dismissing his complaint filed pursuant to 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taylor v. City of Farmville, No. 1:09-cv-00963-AJT-IDD (E.D. Va. May 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED